■ In the Matter of the Estate of FREDERICK SECOR, Deceased. JOSEPH F. HAHER, Appellant; BERTHA SECOR et al., Respondents. (And Two Other Proceedings.) — Decree of the Surrogate's Court, Rockland County, dated June 28, 1971, fixing $11,000 as the compensation of appellant, an attorney, " for all his legal services rendered and to be rendered to the estate " of the decedent " through final accounting and distribution by the executor ", affirmed, without costs. Ordinarily the " authority of the surrogate is limited to fixing the value of services already rendered, but not those to be rendered in the future " (3A Warren's Heaton Surrogates' Court [6th ed.], § 295, par. 5, subpar. [g]; *Matter of Starbuck*, 225 App. Div. 689). But here the services yet to be rendered were of such a trifling nature when compared to those already rendered that it is our view that the fact that the Surrogate fixed the attorney's

compensation for services rendered *and to be rendered* is not such as to require modification of the decree (cf. *Matter of Tomany,* 258 App. Div. 1060). Hopkins, Acting P. J., Martuscello, Christ, Brennan and Benjamin, JJ., concur.